IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| DEREK BRIGGS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:18cv158 |
| LAURA DAVIS, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Defendant Sgt. Dotson's motion for summary judgment (docket no. 30) is **GRANTED** and the above-styled civil action is **DISMISSED WITH PREJUDICE**. The Plaintiff's state law negligence claims are **DISMISSED WITHOUT PREJUDICE** to their refiling in state court, with the statute of limitations tolled for the period of time this case was pending and for 30 days thereafter. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 4 day of **September, 2019.**

_____
Thad Heartfield
United States District Judge

1